## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **GEISHA NUNN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | Case No.  **2:20-cv-02235-CSB-EIL** |
| | ) | |
| **CREDIT MANAGEMENT LP** | ) | |
| **Defendant.** | ) | |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Victor T. Metroff and Defendant being represented by Patrick A. Watts, counsel met on November 13, 2020 for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates upon which counsel have agreed.

1.  Parties will exchange initial disclosures pursuant to FED. R. CIV. P.  26(a)(1) by **December 8, 2020**.

2.  The deadline for amendment of pleadings is **December 22, 2020**.

3.  The deadline for joining additional parties is **December 22, 2020**.

4.  Plaintiff shall disclose experts and provide expert reports by **March 15, 2021**. Plaintiff shall make any such experts available for deposition by **April 13, 2021**.

5.  Defendant shall disclose experts and provide expert reports by **April 15, 2021**. Defendant shall make any such experts available for deposition by **May 15, 2021**.

6.  Discovery shall be modified as follows: **The parties do not propose any limitations or modifications of the discovery rules. The parties agree to abide by the Fed. R. Civ. P.**

7.  All discovery, including deposition of experts, is to be completed by **June 18, 2021**.

8.  The deadline for filing case dispositive motions shall be **February 15, 2021**.

9.  If applicable, insert here any provisions for disclosure or discovery or electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation materials after production. **At this time, the parties do not anticipate any special issues related to the discovery of electronic information but will promptly address any issues that do arise during the course of discovery. If there is electronically stored information responsive to the parties' written discovery requests, the**

parties will produce the information via .pdf format. Additionally, the parties reserve the right to request the information in native format if deemed necessary.

**Geisha Nunn, Plaintiff**                                **Credit Management LP, Defendant**

By: */s/ Victor T. Metroff*                               By: */s/ Patrick A. Watts*
Victor T. Metroff                                         Patrick A. Watts, #61701
SULAIMAN LAW GROUP, LTD.                                  MALONE FROST & MARTIN, PLLC
2500 South Highland Avenue                                7733 Forsyth Blvd Ste. 600
Suite 200                                                 St. Louis, Missouri 63105
Lombard, Illinois 60148                                   pwatts@mamlaw.com
+1 630-575-8181                                           P: (314) 669-5490
vmetroff@sulaimanlaw.com                                  F: (888) 632-6937


## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2020, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick A. Watts, #61701
MALONE FROST & MARTIN, PLLC
7733 Forsyth Blvd Ste. 600
St. Louis, Missouri 63105
pwatts@mamlaw.com
P: (314) 669-5490
F: (888) 632-6937

By: */s/ Victor T. Metroff*
Victor T. Metroff
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
vmetroff@sulaimanlaw.com